**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **Gregory S. Milligan,** ***in his capacity as the court-appointed receiver for Pride of Austin High Yield Fund I, LLC,*** ***Plaintiff*** | § § § § | |
| **v.** | § § | **No. 1:25-cv-01062-ADA-SH** |
| **Baysore & Christian Fiduciary Services, LLC,** ***on behalf of the Estate of Anthony Mercer,*** ***Defendant*** | § § § § § | |

**<u>ORDER</u>**

Before the Court is Defendant's Motion to Revive and Substitute, filed August 21, 2026 (Dkt. 14).[1] On June 20, 2026, defense counsel filed a Suggestion of Death as to Defendant Anthony Mercer, Dkt. 13, and now moves under Rule 25(a)(1) to substitute Baysore & Christian Fiduciary Services, LLC, the appointed representative of the estate, as the defendant.

The Court **GRANTS** Defendant's Motion to Substitute (Dkt. 14) and **HEREBY SUBSTITUTES** Baysore & Christian Fiduciary Services, LLC as Defendant.

**SIGNED** on October 26, 2026.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

[1] The Honorable Alan D Albright (Ret.) referred to this Magistrate Judge all non-dispositive pretrial matters for disposition and all case-dispositive motions for findings and recommendations, pursuant to 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72, Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, and Judge Albright's Standing Order on referrals to United States Magistrate Judges. Dkt. 2.